# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| GAREY E. LINDSAY, Regional Director of the Ninth Region of the National Labor Relations Board, For and On Behalf of the NATIONAL LABOR RELATIONS BOARD, | Case No. 3:15-mc-008<br><br>Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |

Applicant,

v.

BRITTNEY HUNTER, an individual,

and

FREDERICK ARMSTRONG, an individual,

Respondents.

___

## ORDER PARTIALLY DISMISSING CASE WITHOUT PREJUDICE
___

On June 3, 2015, the National Labor Relations Board (the "Board") filed an Application for Order Requiring Obedience to Subpoenas Ad Testificandum (Doc. 1). The Board has advised the Court that Respondent Frederick Armstrong has complied with the subpoena and provided testimony, and therefore requests dismissal without prejudice of this matter as to Armstrong only. Accordingly, this matter is DISMISSED without prejudice as to Armstrong only.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, June 19, 2015.

s/ Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1