**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**GAREY E. LINDSAY, Regional Director
of the Ninth Region of the National Labor
Relations Board, For and On Behalf of the
NATION LABOR RELATIONS BOARD,**

Case No. 3:15-mc-008

Applicant,

vs

**BRITTNEY HUNTER, et al.,**

District Judge Thomas M. Rose
Chief Magistrate Judge Sharon L. Ovington

Respondent(s)

ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington.  The Magistrate Judge is empowered to deal with all pretrial and post-judgment motions and procedures, whether dispositive or not, and to render a report and recommendations to the Court on any matters classified as dispositive by statute or precedent.  No transcript need be prepared on non-dispositive matters.

June 19, 2015 			*s/Thomas M. Rose*

Thomas M. Rose, Judge
United States District Court