UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF OHIO AT DAYTON

GAREY E. LINDSAY, Regional Director of the
Ninth Region of the National Labor Relations Board,
For and On Behalf of the NATIONAL LABOR
RELATIONS BOARD

                        Applicant

            v.                                     Civil No. 3:15mc00008

BRITTNEY HUNTER, AN INDIVIDUAL

    and

FREDERICK ARMSTRONG, AN INDIVIDUAL

## PROPOSED ORDER DISMISSING CASE WITHOUT PREJUDICE

On June 3, 2015, Applicant filed with this Court an Application for Order Requiring Obedience to Subpoenas Ad Testificandum. Applicant previously advised the Court that Respondent Armstrong has complied with the subpoena. Applicant now advises that he no longer desires an Order with regard to Respondent Hunter inasmuch as she is unlikely to have information relevant to this matter. Accordingly, this case is dismissed without prejudice.

                                                                                               United States Magistrate Judge

Dated at Dayton, Ohio

July 10, 2015